IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HENRIETTA PHILLIPS,

    5040 NW 3rd St
    Unit B
    Delray Beach, FL 33445

    PLAINTIFF,

v.

DELTA AIR LINES, INC.,

    Serve: Corporation Service Company
    1201 Hays Street
    Tallahassee, FL 32301-2525

    DEFENDANT.

Case No.

JURY TRIAL REQUESTED

## **COMPLAINT**

COMES NOW, the Plaintiff, Henrietta Phillips, by and through counsel, and for her Complaint herein, states as follows:

### **JURISDICTIONAL ALLEGATIONS**

1. Plaintiff Henrietta Phillips is a citizen of the State of Florida.

2. Delta Air Lines, Inc., ("Delta Air Lines"), is a corporation organized under the laws of the State of Delaware with its principal place of business in the State of Georgia.

3. Plaintiff brings her complaint under federal diversity jurisdiction, 28 U.S.C. §1332, as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.

## COMMON ALLEGATIONS OF FACT

4. Delta Air Lines regularly operates flights into and out of Fort Lauderdale International Airport (FLL) in Fort Lauderdale, Florida, and avails itself of the privileges and benefits of conducting business in the State of Florida.

5. On May 2, 2018, Plaintiff, Henrietta Phillips, was a fare-paying passenger on board Delta Flight Number DL2432, departing from FLL with its intended destination of Raleigh-Durham International Airport (RDU) near Morrisville, North Carolina. Until the approach and landing at RDU, the flight was operated normally without incident.

6. Upon its arrival at RDU, the flight crew of Flight DL2432 failed to monitor the approach speed and rate of descent which caused the aircraft to impact the runway at an excessive vertical rate of speed, which resulted in a violent jolt inside the cabin, causing several passengers audibly to cry out, and causing Plaintiff Phillips to suffer serious and permanent injuries to her back and spine.

7. As a result of the foregoing, Plaintiff Henrietta Phillips has suffered pain, discomfort and restriction of her daily and recreational activities, and has received medical treatment including surgery, which has resulted in increased health and medical costs.

## COUNT I
## NEGLIGENCE

8. Plaintiff reavers and incorporates by reference the previous paragraphs of this Complaint as if fully re-written here.

9. At all times relevant, Delta Air Lines, as a common carrier, had an obligation to exercise the highest degree of care for its passengers' safety, including the safety of passenger Henrietta Phillips, Plaintiff herein.

10. Delta Air Lines negligently failed to comply with this requirement by failing to operate

DL 2432 in a safe and responsible manner, failing to train its flight crew in the safe and non-hazardous operation of its aircraft, and in other ways which will be determined through discovery.

11. As a direct and proximate result of the negligence of Delta Air Lines and the flight crew of DL 2432, operating within the course and scope of its employment, Plaintiff Henrietta Phillips was injured, suffered pain, lack of mobility, tremendous restrictions in her activities and enjoyment of life, and was forced to undergo medical treatment, including surgery, and has sustained increased expenses for medical treatment, as well as emotional distress caused by the forced curtailment of her activities.

12. Plaintiff Henrietta Phillips continues to suffer from her physical injuries and the anguish associated with those injuries, including curtailment of her activities and loss of enjoyment of life, as a direct and proximate result of Delta Air Lines' negligent conduct.

WHEREFORE, Plaintiff Henrietta Phillips demands judgment against the Defendant, Delta Air Lines, for compensatory damages in excess of $75,000.00, costs, and interest as allowed by law and for such other relief as the Court deems just, and demands a trial by jury on all issues so triable as a matter of right.

Respectfully submitted this the 26th day of February, 2021.

                                                                            _____
Joseph Anderson
Florida State Bar No. 123440
PANGIA LAW GROUP
1717 N Street NW
Washington, DC 20036
(202) 638-5300 (telephone)
janderson@pangialaw.com